**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mauricio Lopez HOWELL, a/k/a**
**LoBo, Defendant–Appellant.**

No. 01–6499.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Mauricio Lopez Howell, pro se. Jane J. Jackson, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mauricio Lopez Howell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See Jones v. Barnes*, 463 U.S. 745, 751, 103 S.Ct. 3308, 77 L.Ed.2d 987 (1983); *United States v. Fisher*, 58 F.3d 96, 100 (4th Cir.1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-terials before the court and argument would not aid the decisional process.

*DISMISSED.*